IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| J. CUMBY CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No: 2:12-cv-00051 |
| | ) Judge Sharp |
| KANSAS PAINTING SOLUTIONS, LLC, | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

*[Handwritten signature: Kevin H. Sharp]*

## MOTION TO ALLOW TELEPHONIC APPEARANCE

Comes now Defendant/Counter-Plaintiff Kansas Painting Solutions, LLC, (hereinafter "KPS"), by and through counsel, and respectfully moves this Honorable Court to allow its out of state counsel to appear at the initial case management conference via telephone and would show the Court as follows:

1. The Court has scheduled an initial case management conference in the instant matter for October 1, 2012 at 9:30 a.m. at Cookeville, Tennessee.

2. Counsel for KPS, D. Andrew Amonette and/or James C. Bradshaw III will personally appear for the initial case management conference.

3. KPS' out of state counsel, Mr. Larry Toomey and Mr. Kevin Stamper will not be able to attend the conference in person but ask that the Court allow them to make a telephonic appearance at the time and date scheduled for the conference.

4. KPS believes that an appearance by Mr. Amonette and/or Mr. Bradshaw in person accompanied by its additional counsel Mr. Toomey and Mr. Stamper via telephone will assist the Court in finalizing the proposed initial case management order previously filed with the Court, but also allow for efficiency in its expenditure of time and costs associated with the matter.